UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                                    Criminal No. 25-mj-30092

Steven Wayne Conway,

    Defendant.

_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                      Respectfully submitted,

                                      Julie A. Beck
                                      Acting United States Attorney

                                      *s/Sara Woodward*
                                      Sara Woodward P73784
                                      Assistant United States Attorney
                                      211 W. Fort Street, Suite 2001
                                      Detroit, MI 48226
                                      sara.woodward@usdoj.gov
                                      (313) 226-9180

Dated: February 27, 2025

**IT IS SO ORDERED.**

s/Anthony P. Patti  
Hon. Anthony P. Patti  
United States Magistrate Judge

Entered: February 27, 2025